UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

CHANGE OF ADDRESS FORM
Request for Notice

Case No. 17-22213

Name of Debtor(s): David L. Frandsen & Lacey S. Frandsen

☒    (Please indicate if this is a Debtor's change of address.)

Please change/add my name and/or address to the mailing matrix to read as follows:
(This form will not be placed in the case file):

NAME: David L. Frandsen & Lacey S. Frandsen

Address: P.O. Box 822

City: Vernal     State: UT     Zip: 84078

Telephone No.: (801) 200-5147

Utah Bar No.: 7780     (For Attorney's Use Only)

Signed: /s/ Michael Sundwall

Date: 3/24/17

Rev. 01/07